In Re Lawrence A. BOROS
and Markay M. Boros.

No. 2010–1092.

United States Court of Appeals,
Federal Circuit.

Oct. 13, 2010.

Forrest L. Collins, Forrest L. Collins Law Office LLC, of Brecksville, OH, argued for appellants.

Kristi L.R. Sawert, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and Thomas W. Krause, Associate Solicitor.

LOURIE, LINN, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**